**MCGEARY CUKOR LLC**
Michael Cukor, Esq.
mcukor@mcgearycukor.com
Vincent McGeary
vmcgeary@mcgearycukor.com
7 Dumont Place
Morristown, NJ 07960
(973) 339-7367
Attorneys for Plaintiff

**CULPEPPER IP, LLC**
Kerry S. Culpepper, Pro Hac Vice (pending)
kculpepper@culpepperip.com
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:(808) 464-4047
Facsimile: (202) 204-5181
Pro Hac Vice Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AFTER II MOVIE, LLC,<br>BODYGUARD PRODUCTIONS, INC.,<br>HITMAN TWO PRODUCTIONS, INC.<br>KILLING LINK DISTRIBUTION, LLC,<br>LHF PRODUCTIONS, INC.,<br>MILLENNIUM FUNDING, INC.,<br>MILLENNIUM IP, INC.,<br>MILLENNIUM MEDIA, INC.,<br>MON, LLC,<br>NIKOLA PRODUCTIONS, INC.,<br>OUTPOST PRODUCTIONS, INC.,<br>RAMBO V PRODUCTIONS, INC.,<br>VENICE PI, LLC,<br>VOLTAGE HOLDINGS, LLC, and<br>WONDER ONE, LLC<br>                              Plaintiffs,<br>                v.<br><br>RCN TELECOM SERVICES, LLC; and<br>RCN TELECOM SERVICES OF<br>MASSACHUSETTS, LLC,<br>                              Defendants. | Case No. 3-21-cv-15310<br><br>**CONSENT ORDER FOR *PRO HAC VICE* ADMISSION OF KERRY S. CULPEPPER** |

THIS MATTER having been brought before the Court on the application of Michael Cukor, Esq., of McGeary Cukor, LLC, attorneys for Plaintiffs, to allow Kerry S. Culpepper, Esq. of the law firm of Culpepper IP, LLC to appear and participate *pro hac vice* pursuant to Local Civil Rule 101.1; and Defendants having consented to the application; and the Court having considered the submissions in support of the application which reflect that Kerry S. Culpepper, Esq. satisfies the requirements set forth in the Local Civil Rule; and for good cause shown;

**IT IS on this**  22nd  **day of October, 2021**

**ORDERED** that Plaintiffs' application be and it hereby is granted; and it is further **ORDERED** that Kerry S. Culpepper a member in good standing of the Bar of the Virginia be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c), and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of McGeary Cukor, LLC, attorneys of record for Plaintiffs who are admitted to the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that Kerry S. Culpepper shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Kerry S. Culpepper shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Kerry S. Culpepper shall be bound by the Rules of the U.S. District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, L. Civ. R. 104.1, *Discipline of Attorneys,* and Appendix R; and it is further

**ORDERED** that Kerry S. Culpepper shall notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

**ORDERED** that Kerry S. Culpepper shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that McGeary Cukor, LLC may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

                                                           s/Tonianne J. Bongiovanni
                                                  Magistrate Judge Tonianne J. Bongiovanni

The undersigned counsel for all parties hereby consent to the form and entry of this Consent Order:

**MCGEARY CUKOR LLC**                       **ARMSTRONG TEASDALE LLP**
Attorneys for Plaintiffs                          Attorneys for Defendants

By: ___Michael Cukor/s___                    By: ___Edward Behm/s___
       Michael Cukor                                   Edward Behm

mcukor@mcgearycukor.com                 ebehm@atllp.com