James H. Forte (jforte@saiber.com)
Jakob B. Halpern (jhalpern@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
T: (973) 622-3333

Jonathan E. Moskin (jmoskin@foley.com)
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016
*Attorneys for Plaintiff*
*Screen Media Ventures LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., SCREEN MEDIA VENTURES LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC and WONDER ONE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> RCN TELECOM SERVICES, LLC and RCN TELECOM SERVICES OF MASSACHUSETTS, LLC, <br><br> Defendants. | Civil Action No. 21-15310 (RK) (TJB) <br><br> **DECLARATION OF JONATHAN E. MOSKIN IN SUPPORT OF APPLICATION FOR ADMISSION <u>PRO HAC VICE</u>** <br><br> *DOCUMENT FILED ELECTRONICALLY* |

I, **JONATHAN E. MOSKIN**, of full age, hereby declares as follows:

1. I am an attorney-at-law and associate with the law firm of Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016. I am not under suspension or disbarment in any jurisdiction or court. No disciplinary proceedings are pending against me and no discipline has

previously been imposed upon me in any jurisdiction or court.

2. I am duly admitted and currently in good standing to practice law in the following jurisdictions, and include the of my year of admission and address of the official or office maintaining the roll of such members of its bar:

| | |
|---|---|
| State of New York (1994) | New York State Unified Court System<br>Office of Court Administration<br>Attorney Registration Unit<br>25 Beaver Street - Room 840<br>New York, NY 10004 |
| United States District Court for the Southern District of New York (1986) | Attorney Services<br>500 Pearl Street, Room 370<br>New York, NY 10007 |
| United States District Court for the Eastern District of New York (1993) | Attorney Admissions Clerk<br>Office of the Clerk<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |
| United States Court of Appeals for the First Circuit (1994) | John Joseph Moakley U.S. Courthouse<br>Clerk Office<br>1 Courthouse Way, Suite 2500<br>Boston, MA 02210 |
| United States Court of Appeals for the Federal Circuit (1994) | Clerk of Court<br>United States Court of Appeals for the Federal Circuit<br>717 Madison Place, NW<br>Washington, DC 20439 |
| United States Court of Appeals for the Second Circuit (1998) | Attorney Admissions Office Room 150<br>40 Foley Square<br>New York, NY 10007 |
| United States District Court for the District of Colorado (1999) | Clerk<br>Alfred A. Arraj United States Courthouse<br>Room A105<br>901 19th Street<br>Denver, CO 80294-3589 |
| United States Court of Appeals for the Tenth Circuit (2001) | Office of the Clerk<br>U.S. Court of Appeals for the Tenth Circuit<br>Byron White U.S. Courthouse<br>1823 Stout Street<br>Denver, CO 80257 |
| United States Supreme Court (2002) | Clerk, Supreme Court of the United States<br>Admissions Office<br>1 First Street, N.E.<br>Washington, D.C. 20543 |

| | |
|---|---|
| United States Court of Appeals for the Ninth Circuit (2006) | Clerk of the Court<br>United States Court of Appeals for the Ninth Circuit<br>P.O. Box 193939<br>San Francisco, CA 94119 |
| United States Court of Appeals for the Third Circuit (2010) | Office of the Clerk<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 |
| United States Court of Appeals for the Seventh Circuit (2014) | Clerk of the Court<br>United States Court of Appeals for the Seventh Circuit<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 S. Dearborn Street<br>Room 2722<br>Chicago, IL 60604 |
| United States District Court for the Western District of New York (2015) | Clerk<br>United States District Court for the Western District of New York<br>2 Niagara Square<br>Buffalo, NY 14202-3498 |
| United States District Court for the Western District of Michigan (2015) | Clerk<br>United States District Court for the Western District of Michigan<br>399 Federal Bldg.<br>110 Michigan St NW<br>Grand Rapids MI 49503 |
| United States Court of Appeals for the Fourth Circuit (2017) | Clerk of the Court<br>United States Court of Appeals for the Fourth Circuit<br>Lewis F. Powell, Jr. United States Courthouse Annex<br>1000 East Main Street,<br>Richmond, Virginia 23219-3517 |

3.      I submit this Declaration in support of the application by Plaintiff Screen Media Ventures LLC ("SMV"), to permit me to appear and participate, *pro hac vice*, as counsel for SMV at pre-trial, trial, and post-trial proceedings of the above-captioned action.

4.      I practice in the area of intellectual property litigation, and am familiar with this matter.

5. I am associated in this matter with James H. Forte, a member of Saiber LLC, who is the attorney of record for SMV, is authorized to practice law in New Jersey, and is a member in good standing of the bar of this Court.

6. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

7. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall also promptly make payment to the Clerk of the United States District Court for the District of New Jersey as provided by Local Civil Rule 101.1(c)(3).

8. I also understand that upon admission *pro hac vice*, I am subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New Jersey in good standing. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

9. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall abide by Local Civil Rule 101.1.

10. For the foregoing reasons, it is respectfully requested that the Court grant SMV's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
JONATHAN E. MOSKIN

Dated:  October 16, 2023