James H. Forte (jforte@saiber.com)
Jakob B. Halpern (jhalpern@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
T: (973) 622-3333

Jonathan E. Moskin (jmoskin@foley.com)
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016
*Attorneys for Plaintiff*
*Screen Media Ventures LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., SCREEN MEDIA VENTURES LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC and WONDER ONE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RCN TELECOM SERVICES, LLC and RCN TELECOM SERVICES OF MASSACHUSETTS, LLC,<br><br>Defendants. | Civil Action No. 21-15310 (RK) (TJB)<br><br>**CERTIFICATE OF SERVICE**<br><br>*DOCUMENT FILED ELECTRONICALLY* |

**JAMES H. FORTE, ESQ.,** of full age, hereby declares as follows:

I am an attorney-at-law of the State of New Jersey and a member of the firm of Saiber LLC, attorneys for Plaintiff Screen Media Ventures LLC ("SMV") in this matter. I hereby certify that, on this 16th day of October, 2023, I caused a copy of SMV's Application for the Pro Hac

1

Vice Admission of Co-Counsel and Certification of James H. Forte in support of same, the Declaration of Jonathan E. Moskin in support thereof, and a proposed form of Order to be served on all counsel of record by ECF.

/s James H. Forte<br>JAMES H. FORTE