# Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-351-661**

**Effective Date of Registration:**
November 01, 2021
**Registration Decision Date:**
June 01, 2022

## Title

| | |
|---|---|
| Title of Work: | Till Death |
| Nature of Claim: | original motion picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2021 |
| Date of 1st Publication: | June 03, 2021 |

## Author

| | |
|---|---|
| Author: | Til Productions, Inc. |
| Author Created: | entire motion picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Til Productions, Inc. 318 N. Carson St., #208, Carson City, NV, 89701 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | motion picture screenplay |
| Previously registered: | Yes |
| Previous registration and year: | PAu004114999, 2020 |
| New material included in claim: | all other cinematographic material, production as a motion picture |

## Certification

| | |
|---|---|
| Name: | Rick Eyler |
| Date: | June 03, 2021 |

**Copyright Office notes:**   Regarding previous registration: Registration number added from Copyright Office records.

**Registration #:** PA0002351661
**Service Request #:** 1-10666533618

Millennium Media, Inc.
Rick Eyler
318 N. Carson St., #201
Carson City, NV 89701