# Exhibit "B"

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512
```

WaveDivision Holdings, LLC

Re:  Unauthorized Use of Screen Media Ventures LLC Property

Notice ID: gE2fC7-2e10d9a7-9030-4c63-a94a-b7a98ac8a5ed
Notice Date: 2021-07-03 04:24:13
Email: dmcanotice@wavebroadband.com

Dear Sir or Madam:

Screen Media Ventures LLC and its affiliated companies (collectively, "Screen Media") are the exclusive owners of copyrights in numerous movies and television shows.
You are receiving this notice because an Internet account on your network was identified as having been recently used to illegally copy and/or distribute (e.g. download, upload) Screen Media content.  The specific Screen Media content involved, the IP address where the infringement occurred, and the date and time of the infringement are documented below.  If the recipient of this notice is an Internet Service Provider, College/University or Business organization that no longer controls the IP address cited in the evidentiary information, please notify Irdeto by contacting DMCA-info@irdeto.com.

This unauthorized copying and distribution constitutes copyright infringement under Section 106 of the U.S. Copyright Act.  These are serious offenses which could lead to legal consequences for the account holder.  Also, depending upon the type of service WaveDivision Holdings, LLC is providing to this IP address, it may have legal and/or equitable liability if it does not expeditiously remove or disable access to the property listed below, or if it fails to implement a policy that provides for termination of subscribers who are repeat infringers (see, 17 U.S.C. 512).

Although various legal and equitable remedies may be available to Screen Media as a result of such infringement, Screen Media believes that the entire Internet community benefits when these matters are resolved cooperatively.  We urge you to take immediate action to effect removal of the detected infringement listed in the below report, including:

(1) Notify the account holder of this infringement

(2) Require the account holder remove the infringing material

(3) Disable access to the infringing material

(4) Take appropriate action against the account holder under your Abuse Policy/Terms of Service

If your account holder has questions about this notice, please refer him/her to the website http://www.respectcopyrights.org which offers resources to help users ensure that their Internet accounts are not being used to violate copyright laws and provides information on how theft of movies and TV shows damages our economy and costs thousands of Americans their jobs.

We appreciate your efforts to cooperate in addressing content theft and fostering legal consumption of movies and TV shows.  Please send us a prompt response indicating the actions you have taken to resolve this matter.  Please reference the above noted Notice ID gE2fC7-2e10d9a7-9030-4c63-a94a-b7a98ac8a5ed in all correspondence, which should be directed to:

Email:  screenmedia-cc@copyright-compliance.com

The undersigned has a good faith belief that use of Screen Media's property in the manner described herein is not authorized by Screen Media, its agents or the law.  Also, we hereby state that the information in this notification is accurate and, under penalty of perjury under the laws of the State of California and the United States, that the undersigned is authorized to act on behalf of Screen Media with respect to this matter.

Please be advised that this letter is not and is not intended to be a complete statement of Screen Mediaâs rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Screen Media, all of which are specifically reserved.

Sincerely,
Melt Loubser
Irdeto USA, Inc.
P.O. Box 618 North Hollywood, CA 91603
Phone: 747-248-6447
screenmedia-cc@copyright-compliance.com

*pgp public key is available on the key server at http://pgp.mit.edu

Note: The information transmitted in this Notice is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, reproduction, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and delete the material from all computers.

This infringement notice contains an XML tag that can be used to automate the processing of this data.  If you would like more information on how to use this tag please contact Irdeto.


Evidentiary Information:
Notice ID: gE2fC7-2e10d9a7-9030-4c63-a94a-b7a98ac8a5ed
Asset: Till Death (2021)

```
Infringing FileName: Till.Death.2021.HDRip.XviD.AC3-EVO/Till.Death.2021.HDRip.XviD.AC3-EVO.avi
Timestamp: 2021-07-03T04:12:54.000Z GMT
Last Seen Date: 2021-07-03T04:13:23.000Z GMT
File Size: 1466279254
IP Address: 104.220.76.48
Port ID: 53937
Protocol: bittorrent
Infohash: 182320ed9a5bc7e9d5e94680df727792d3d206f4

- - ---
```

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512
```

Grande Communications Networks, LLC.

Re:  Unauthorized Use of Screen Media Ventures LLC Property

Notice ID: gE2fC7-fc106efc-0df9-4bfc-bdbe-76f04929ec09
Notice Date: 2021-08-03 15:47:10
Email: dmca@mygrande.com

Dear Sir or Madam:

Screen Media Ventures LLC and its affiliated companies (collectively, "Screen Media") are the exclusive owners of copyrights in numerous movies and television shows.
You are receiving this notice because an Internet account on your network was identified as having been recently used to illegally copy and/or distribute (e.g. download, upload) Screen Media content.  The specific Screen Media content involved, the IP address where the infringement occurred, and the date and time of the infringement are documented below.  If the recipient of this notice is an Internet Service Provider, College/University or Business organization that no longer controls the IP address cited in the evidentiary information, please notify Irdeto by contacting DMCA-info@irdeto.com.

This unauthorized copying and distribution constitutes copyright infringement under Section 106 of the U.S. Copyright Act.  These are serious offenses which could lead to legal consequences for the account holder.  Also, depending upon the type of service Grande Communications Networks, LLC. is providing to this IP address, it may have legal and/or equitable liability if it does not expeditiously remove or disable access to the property listed below, or if it fails to implement a policy that provides for termination of subscribers who are repeat infringers (see, 17 U.S.C. 512).

Although various legal and equitable remedies may be available to Screen Media as a result of such infringement, Screen Media believes that the entire Internet community benefits when these matters are resolved cooperatively.  We urge you to take immediate action to effect removal of the detected infringement listed in the below report, including:

(1) Notify the account holder of this infringement

(2) Require the account holder remove the infringing material

(3) Disable access to the infringing material

(4) Take appropriate action against the account holder under your Abuse Policy/Terms of Service

If your account holder has questions about this notice, please refer him/her to the website http://www.respectcopyrights.org which offers resources to help users ensure that their Internet accounts are not being used to violate copyright laws and provides information on how theft of movies and TV shows damages our economy and costs thousands of Americans their jobs.

We appreciate your efforts to cooperate in addressing content theft and fostering legal consumption of movies and TV shows.  Please send us a prompt response indicating the actions you have taken to resolve this matter.  Please reference the above noted Notice ID gE2fC7-fc106efc-0df9-4bfc-bdbe-76f04929ec09 in all correspondence, which should be directed to:

Email:  screenmedia-cc@copyright-compliance.com

The undersigned has a good faith belief that use of Screen Media's property in the manner described herein is not authorized by Screen Media, its agents or the law.  Also, we hereby state that the information in this notification is accurate and, under penalty of perjury under the laws of the State of California and the United States, that the undersigned is authorized to act on behalf of Screen Media with respect to this matter.

Please be advised that this letter is not and is not intended to be a complete statement of Screen Mediaâs rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Screen Media, all of which are specifically reserved.

Sincerely,
Melt Loubser
Irdeto USA, Inc.
P.O. Box 618 North Hollywood, CA 91603
Phone: 747-248-6447
screenmedia-cc@copyright-compliance.com

*pgp public key is available on the key server at http://pgp.mit.edu

Note: The information transmitted in this Notice is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, reproduction, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and delete the material from all computers.

This infringement notice contains an XML tag that can be used to automate the processing of this data.  If you would like more information on how to use this tag please contact Irdeto.


Evidentiary Information:
Notice ID: gE2fC7-fc106efc-0df9-4bfc-bdbe-76f04929ec09
Asset: Till Death (2021)

```
Infringing FileName: Till Death (2021) [1080p] [WEBRip] [5.1]
[YTS.MX]/Till.Death.2021.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4
Timestamp: 2021-08-03T15:40:09.000Z GMT
Last Seen Date: 2021-08-03T15:40:09.000Z GMT
File Size: 1757883769
IP Address: 24.155.53.199
Port ID: 36121
Protocol: bittorrent
Infohash: 59aacfd9f15160e63e2b53949f71f45924b4a656

- - ---
```

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256
```

Notice of Claimed Infringement

Notice ID: 49685196140
Notice Date: 2022-07-13 08:19:38

Dear Sir or Madam:

This message is sent on behalf of Til Productions, Inc.

Under penalty of perjury, I assert that  PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Til Productions, Inc owns the copyrights to the movie Till Death. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Till Death
Infringing FileName: Till Death (2021) [720p] [WEBRip] [YTS.MX]
Infringing FileSize:  855109651
Infringer's  IP  Address: 216.164.161.158
Infringer's Port: 49163
Initial Infringement Timestamp: 2022-07-12 18:33:52

And, you âre also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Til Productions, Inc copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Til Productions, Incâs rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Til Productions, Inc in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus