

KERRY S. CULPEPPER *

\* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
  AND BEFORE THE USPTO

**CULPEPPER IP, LLLC**

ATTORNEY AT LAW

75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

www.culpepperip.com
_____

PATENTS, TRADEMARKS & COPYRIGHTS

<u>Via ECF</u>

July 17, 2024
Hon. Edward S. Kiel
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re: <u>**Unopposed** request to appear remotely during July 29, 2024 hearing in *Bodyguard Productions, Inc., et al. v. RCN Telecom Services of Massachusetts, LLC, et al.*, 1:21-cv-15310- ESK-MJS (the "2021 Action"); *Screen Media Ventures, LLC v. RCN Telecom Services, LLC, et al.*, Case No. 3:23-cv-23356-MAS-TJB (the "2023 Action")</u>

Dear Judge Kiel,

    I represent Plaintiffs in the 2021 and 2023 actions[1]. I am writing to request permission to appear remotely at the July 29, 2024 hearing. I have met and conferred with counsel for Defendants and confirmed that they do not oppose this request. Although I request permission to appear remotely, Michael Cukor, local counsel for Plaintiffs in the 2021 action, will appear in-person.

    I reside in Hawaii. I have pre-planned travel scheduled for Aug. 8-13 that involves travel to the mainland. It would be a significant strain on my health to make the 12 hour plane travel back and forth to the mainland for the July 29 hearing and again for preplanned family travel less than 10 days later. However, I prepared the opposition [Doc. #91] to Defendants' motion to strike [Doc. #85] in the 2021 Action. Accordingly, I am best person for answering any questions the Court has on Plaintiffs' opposition. Further, although I am not the lead counsel in the 2023 Action, I participated in preparation of the motion to consolidate these two cases [Doc. #87]. At the hearing, I can discuss my request that the Court stay the two cases until I can obtain guidance from the Chapter 7 Trustee of the bankruptcy estate of Plaintiff Screen Media Ventures, LLC (the sole

---

[1] I am lead counsel in the 2021 case. Jonathan Moskin is lead counsel in the 2023 case.

20-023T

Page 2

Plaintiff in the 2023 action).  Because I have not yet been authorized by the Chapter 7 Trustee to represent the bankruptcy estate, that is the extent to which I can comment in the 2023 Action.

I greatly appreciate the Court for its flexibility.

Respectfully,
*/s/ksc/*
Kerry S. Culpepper
kculpepper@culpepperip.com
*/s/Michael Cukor/*
Michael Cukor
McGeary Cukor LLC
mcukor@mcgearycukor.com

20-023T