Michael C. Witsch
Charles Hoyt, III
ARMSTRONG TEASDALE LLP
Attorney I.D. No. 017972002
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone: 267.780.2016
Fax: 215.405.9070

*Attorneys for Defendants*

Richard L. Brophy (*pro hac vice*)
Zachary C. Howenstine (*pro hac vice*)
Angela B. Kennedy (*pro hac vice*)
Kyle G. Gottuso (*pro hac vice*)
Mark A. Thomas (*pro hac vice*)
Stephanie M. Piper (*pro hac vice*)
Sydney K. Johnson (*pro hac vice*)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  314.621.5070
Fax:  314.621.5065

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC, <br><br> Defendants. | Civil Action No. 1:21-cv-15310-RK-TJB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

All parties to this matter—Plaintiffs Bodyguard Productions, Inc.; Hitman Two Productions, Inc.; LHF Productions, Inc.; Millennium Funding, Inc.; Millennium IP, Inc.; Millennium Media, Inc.; Mon, LLC; Nikola Productions, Inc.; Outpost Productions, Inc.; Rambo V Productions, Inc.; Venice PI, LLC; Voltage Holdings, LLC; Wonder One, LLC; After II Movie, LLC; Til Productions, Inc.;

After We Fell Productions, Ltd.; Hannibal Media, Inc.; Badhouse Studios, LLC; After Productions, LLC; Paradox Studios, LLC; After Ever Happy Productions, Ltd.; Chase Film Nevada, LLC; LF2 Productions, Inc.; Jolt Productions, Inc.; The Guard Productions, Ltd.; Dallas Buyers Club, LLC; and Cinelou Films, LLC and Defendants RCN Telecom Services of Massachusetts, LLC and RCN Telecom Services, LLC—hereby stipulate that this action is dismissed **with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party will bear its own costs, expenses, and attorneys' fees.

Dated:  April 21, 2026

Respectfully submitted,

/s/ *Michael Cukor (w/ permission)*
Michael Cukor
3104 E. Camelback Rd, #1010
Phoenix, AZ 85016-3402
Telephone: (973) 339-7367
mcukor@mcgearycukor.com

Kerry S. Culpepper*
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail: kculpepper@culpepperip.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

/s/ *Michael C. Witsch*
Michael C. Witsch
Charles Hoyt, III
ARMSTRONG TEASDALE LLP
Attorney I.D. No. 017972002
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone: 267.780.2000
Fax: 215.405.9070
mwitsch@atllp.com
choyt@atllp.com

Richard L. Brophy*
Zachary C. Howenstine*
Kyle G. Gottuso*
Angela B. Kennedy*
Mark A. Thomas*
Sydney K. Johnson*
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800

2

St. Louis, Missouri 63105
(314) 621-5070
rbrophy@atllp.com
zhowenstine@atllp.com
kgottuso@atllp.com
akennedy@atllp.com
mathomas@atllp.com
skjohnson@atllp.com

Stephanie M. Piper*
ARMSTRONG TEASDALE LLP
400 Park Ave., 12th Floor
New York, NY 10022
(212) 209-4400
smpiper@atllp.com

*Admitted Pro Hac Vice

Attorneys for Defendants

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of April, 2026, I caused a copy of the foregoing to be served upon all counsel of record via ECF notification.

By: *<u>/s/ Michael C. Witsch</u>*

4